NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUMENTUM OPTICS INC.,**
*Appellant*

**v.**

**OYSTER OPTICS, LLC,**
*Appellee*

---

2019-1919, 2019-1921

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-02189, IPR2017-02190, IPR2018-00984, IPR2018-00988.

---

## JUDGMENT

---

JOEL SAYRES, Faegre Drinker Biddle & Reath LLP, Denver, CO, argued for appellant. Also represented by NICHOLAS POLI CHAN, East Palo Alto, CA; LAUREN MARIE WILLIAMS STEINHAEUSER, JULIE WAHLSTRAND, Minneapolis, MN.

WAYNE MICHAEL HELGE, Davidson Berquist Jackson & Gowdey, LLP, McLean, VA, argued for appellee. Also represented by JAMES THOMAS WILSON, ALDO NOTO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 4, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |